IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

DEC 29 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-CV-02656-OES

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FRANK VASQUEZ,

    Applicant,

v.

GARY K. WATKINS, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Frank Vasquez has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The application is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 29th day of December, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **05 - CV - 02656** -OES

Frank Vasquez
Prisoner No. 95897
Fremont Corr. Facility
PO Box 999
Canon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER and a reciept for the full $5.00 filing fee** to the above-named individuals on  12/29/05

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk