IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02656-ZLW

FRANK VASQUEZ,

        Applicant,

v.

GARY T. WATKINS, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

---

## ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

        Applicant submitted a Notice of Appeal on April 6, 2006.  The court has determined

that the document is deficient as described in this order.  Applicant will be directed to cure

the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      <u>X</u>    is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to
28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
      <u>X</u>    is not submitted
      ___    is missing affidavit
      ___    is missing required financial information
      ___    is missing an original signature by the prisoner
      ___    is not on proper form (must use the court's current form)
      ___    other_____

Accordingly, it is

        ORDERED that applicant cure the deficiencies designated above within thirty (30)

1

days from the date of this order.  Any papers that Applicant files in response to this order

must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to applicant, together with a

copy of this order, an original and one copy of the following forms:   Prisoner's Motion and

Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App.

P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if applicant fails to cure the designated deficiencies

within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   12   day of            April            2006.


BY THE COURT:


ZITA L. WEINSHIENK, Senior Judge
United States District Court

2